IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

ANTHONY A. SHARP,

    Plaintiff,                    No. 2:08cv1303 JFM PS

    vs.

UNITED STATES POSTAL
SERVICE, FRESNO BRANCH,

    Defendants.              ORDER

_____/

        Plaintiff, a state prisoner proceeding pro se, has filed the instant action to obtain a federal court order requiring the United States Postal Service, Fresno Branch, to provide information concerning the whereabouts of Dr. Gary Johnson, who holds a post office box in the Fresno Branch, so that plaintiff may subpoena Dr. Johnson to testify at his civil trial in Sacramento County Superior Court, <u>Sharp v. Bilk, et al.</u>, Case No. 03AS01630.[1]  Inasmuch as plaintiff seeks a court order directed to the Fresno Branch of the United States Postal Service,

/////

---

[1] Plaintiff also references Case No. 2:08cv0443 GEB JFM P, in which he attempted to remove his civil case from state court to the instant court.  <u>Id.</u>  However, plaintiff's motion to remove was denied on April 28, 2008 and judgment was entered, and on June 4, 2008, the court affirmed that denial.  <u>Id.</u>

1

1 this case is more appropriately handled by the Fresno Division of the United States District Court
2 for the Eastern District of California.  See Local Rule 3-120(d).
3     Pursuant to Local Rule 3-120(f), a civil action which has not been commenced in
4 the proper division of a court may, on the court's own motion, be transferred to the proper
5 division of the court.  Therefore, this action will be transferred to the Fresno Division of the
6 court.  In light of 1996 amendments to 28 U.S.C. § 1915, this court will not rule on plaintiff's
7 request to proceed in forma pauperis.
8     Good cause appearing, IT IS HEREBY ORDERED that:
9     1. This court has not ruled on plaintiff's request to proceed in forma pauperis;
10    2. This action is transferred to the United States District Court for the Eastern
11 District of California sitting in Fresno; and
12    3. All future filings shall reference the new Fresno case number assigned and
13 shall be filed at:

     United States District Court
     Eastern District of California
     2500 Tulare Street
     Fresno, CA 93721

17 DATED: June 13, 2008.

UNITED STATES MAGISTRATE JUDGE

/001; shar1303.22

2